IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE PAUL HOWARTH, | : | 4:17-cv-2316 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| BLAKE DENTISTRY, P.C., | : | Hon. Susan E. Schwab |
| | : | |
| Defendant. | : | |

## ORDER

### July 18, 2018

**AND NOW**, upon consideration of the Report and Recommendation (Doc. 28) of Chief United States Magistrate Judge Susan E. Schwab recommending that we grant Plaintiff's motion to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2), and noting that the Defendant concurs in the Plaintiff's request for voluntary dismissal, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 28) of Magistrate Judge Schwab is **ADOPTED** in its entirety.

2. The Plaintiff's Motion to Dismiss (Doc. 24) is **GRANTED** and this matter is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
